COOLEY LLP
SUMMER J. WYNN (240005)
(swynn@cooley.com)
LILY S. DUONG (322274)
(lduong@cooley.com)
10265 Science Center Drive
San Diego, CA  92121-1117
Telephone:  +1 858 550 6000
Facsimile:  +1 858 550-6420

HELEN LUU (300759)
(hluu@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  +1 650 843 5000
Facsimile:  +1 650 849 7400

HELENANNE CONNOLLY (*admitted pro hac vice*)
(hconnolly@cooley.com)
11951 Freedom Drive, 14th Floor
Reston, VA  20190-5656
Telephone:  +1 703 456 8000
Facsimile:  +1 703 456 8100

Attorneys for Plaintiff
*LifeMD Southern Patient Medical Care, P.C.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFEMD SOUTHERN PATIENT MEDICAL CARE, P.C., <br><br> Plaintiff, <br><br> v. <br><br> BANITA SEHGAL, D.O., <br><br> Defendant. | Case No. 3:25-cv-01805-W-SBC <br><br> **PROOF OF SERVICE** <br><br> Crtrm.:  3C (3rd Flr) <br> Judge:  Hon. Thomas J. Whelan <br><br> Complaint Filed:  July 15, 2025 <br> Trial Date:  Not Yet Set |

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 10265 Science Center Drive, San Diego, California 92121-1117. On the date set forth below I served the documents described below in the manner described below:

**SUMMONS RETURNED EXECUTED BY LIFEMD SOUTHERN PATIENT MEDICAL CARE, P.C.**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

Banita Sehgal, D.O.
845 America Way
Del Mar, CA 92014-3916

Defendant, In Pro Per

Executed on July 18, 2025, at San Diego, California.

_____
Maritza E. DeJesus

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

PROOF OF SERVICE
CASE NO. 3:25-CV-01805-W-SBC